AFFIRM; Opinion Filed October 9, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-00524-CR
No 05-10-00525-CR

**KAREEM LEJON MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-72788-R, F07-72789-R**

# MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers
Opinion By Justice Moseley

A jury convicted Kareem Lejon Martin of two aggravated kidnapping offenses and assessed punishment at twenty years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
100524F.U05

—2—



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KAREEM LEJON MARTIN, Appellant

No. 05-10-00524-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F07-72788-R).
Opinion delivered by Justice Moseley, Justices Fillmore and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered October 9, 2012.

_____
JIM MOSELEY
JUSTICE